```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- X
                                                                        :
KIMBERLY SHEA, individually and on behalf of all                        :
others similarly situated,                                              :
                                                                        :    23 Civ. 7488 (JPC)
                                                                        :
                                   Plaintiff,                           :
                                                                        :          ORDER
                -v-                                                     :
                                                                        :
SLASHOP, INC.,                                                          :
                                                                        :
                                   Defendant.                           :
                                                                        :
----------------------------------------------------------------------- X
```

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. *See* Dkt. 14.  In light of that information, the Court intends to issue an order dismissing this action without costs and without prejudice to restoring the action to the Court's calendar provided an application is made within thirty days, unless either party informs the Court within seven days of this Order that they prefer the Court not issue such a dismissal order.  Any pending motions are denied as moot and any conferences are adjourned *sine die*.

      SO ORDERED.

Dated: December 12, 2023                 _____
       New York, New York                            JOHN P. CRONAN
                                                           United States District Judge